## L. E. Marks Company, Appellant, v. S. W. Moore, Appellee.
(Decided Oct. 27, 1933.)

ANDREW NICHOLS for appellant.
NOGGLE & GRAHAM for appellee.

OPINION OF THE COURT BY JUDGE DIETZMAN—Affirming.

This is a companion case to that of L. E. Marks Co. v. Dwight Moore, 251 Ky. 63, —— S. W. (2d) —, this day decided. The essential elements creating an estoppel against the appellant to deny that he was operating under the Compensation Act (Ky. St., sec. 4880 et seq.) being present in this case, as they were in the Dwight Moore Case, supra, on the authority of that case it must be held that the judgment of the lower court is correct, and must be affirmed.